IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-303-RJC-DCK

| | |
|---|---|
| T.E., | ) |
|     Plaintiff, | ) |
| v. | )   **ORDER** |
| AETNA INTERNATIONAL, LLC, et al., | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Emily J. Beeson, concerning Maureen M. Brady, on June 1, 2023. Maureen M. Brady seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Maureen M. Brady is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 1, 2023

David C. Keesler
United States Magistrate Judge