IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:23-CV-303-RJC-DCK

| | |
|---|---|
| **T.E.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **AETNA INTERNATIONAL, LLC, et al.,** | ) |
| | ) |
| **Defendants**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Emily J. Beeson, concerning Sharon J. Zinns, on June 2, 2023.  Sharon J. Zinns seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**.  Sharon J. Zinns is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 2, 2023

David C. Keesler
United States Magistrate Judge