UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61876-CIV-SMITH

T.E., individually and on behalf of all others
similarly situated,

    Plaintiff(s),

v.

AETNA INTERNATIONAL, LLC, *et al.*,

    Defendants.
_____/

## ORDER OF TRANSFER

This matter is before the Court *sua sponte*. Good cause appearing that a transfer of this case is appropriate, pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida, because of related Case No. 23-cv-60830-RAR, and subject to the consent of Judge Rodolfo A. Ruiz II, it is

**ORDERED** that the above-numbered case is transferred to the calendar of Judge Rodolfo A. Ruiz II for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of October, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Additionally, this case appears to involve the same subject matter and arise out of the same data breach as numerous cases pending before the undersigned that have been consolidated into Case No. 23-cv-60830. Therefore, it is

**ORDERED** that this case is **CONSOLIDATED** with **Case No. 23-cv-60830-RAR**. All pleadings filed after this date shall be filed under Case No. 23-cv-60830-RAR, and the parties shall abide by the deadlines set by the Court in Case No. 23-cv-60830-RAR. The Clerk shall **CLOSE** Case No. 23-cv-61876 for administrative purposes only.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record